IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO BROWN,

      Plaintiff,                    No.  2:12-cv-1680 KJN P[1]

    vs.

WILLIAM BROWNFIELD, et al.,

      Defendants.        ORDER

_____/

        Plaintiff is a state prisoner, proceeding without counsel, in this civil rights action filed pursuant to 42 U.S.C. § 1983.

        By order filed June 28, 2012, this court found that plaintiff was precluded from proceeding in forma pauperis in this action because he is "three strikes" barred under the 28 U.S.C. § 1915(g).  (See Dkt. No. 4.)  Plaintiff was directed to pay the full filing fee of $350.00, within thirty days, in order to proceed with this action.  Plaintiff was cautioned that failure to timely submit the full filing fee would result in a recommendation that this action be dismissed.

////

////

---

[1] Plaintiff has consented to the jurisdiction of the magistrate judge for all purposes.  28 U.S.C. § 636(c); Local Rule 305(a).  (See Dkt. No. 5.)

1

1       The thirty-day period has expired, and plaintiff has not responded to the court's order, or paid the filing fee. Accordingly, this action is dismissed without prejudice. Fed. R. Civ. P. 41(a)(2).

DATED: August 8, 2012

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

brow1680.ord.dsm.3strikes