IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO BROWN,

      Plaintiff,   No. 2:12-cv-1680 KJN P[1]

  vs.

WILLIAM BROWNFIELD, et al.,

      Defendants.   ORDER

_____/

      Plaintiff is a state prisoner, proceeding without counsel, in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      By order filed June 28, 2012, this court found that plaintiff was precluded from proceeding in forma pauperis in this action because he is "three strikes" barred under the 28 U.S.C. § 1915(g). (See Dkt. No. 4.) Plaintiff was directed to pay the full filing fee of $350.00, within thirty days, in order to proceed with this action. Plaintiff was cautioned that failure to timely submit the full filing fee would result in a recommendation that this action be dismissed.

////

////

---

[1] Plaintiff has consented to the jurisdiction of the magistrate judge for all purposes. 28 U.S.C. § 636(c); Local Rule 305(a). (See Dkt. No. 5.)

1

1  The thirty-day period has expired, and plaintiff has not responded to the court's
2 order, or paid the filing fee.  Accordingly, this action is dismissed without prejudice.  Fed. R.
3 Civ. P. 41(a)(2).
4 DATED: August 8, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

brow1680.ord.dsm.3strikes